U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 28 2014

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-CR-00004(01) |
| VERSUS | * | JUDGE FOOTE |
| ATRINA ROSS(01) | * | MAG. JUDGE HANNA |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, ATRINA ROSS, and adjudges her guilty of the offense charged in Count One of the Bill of Information against her.

IT IS FURTHER ORDERED that this matter will be set for sentencing, at the court's earliest, available setting.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ____ day of _____, 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE